IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Boston, Massachusetts

| | | |
|---|---|---|
| | : | |
| RUKHSAR WAFA, | : | |
| Plaintiff, | : | Civil Action No. 1:26-cv-10148-AK |
| v. | : | |
| | : | |
| PATRICIA HYDE, | : | |
| Acting Director of Boston | : | |
| Field Office, United States | : | |
| Immigration and Customs Enforcement, et.al. | : | |
| | : | |
| Defendant. | : | April 8, 2026 |
| | : | |

## EMERGENCY MOTION FOR ORDER OF RELEASE

The undersigned moves for an order of release as the Immigration Court did not – as ordered by this Court – hold a bond hearing on April 5, 2026. After petitioner's counsel moved for a bond hearing, one was scheduled for tomorrow, April 9, 2026. To ensure future compliance with orders of this Court, it is requested that the Court order the petitioner's release notwithstanding the now late scheduled bond hearing. Respectfully, the fact that Petitioner and similarly situated persons, must first go through the time and expense to have a District Court order a bond hearing, when a precedent has been well established, is worthy of strict compliance.

For the foregoing reasons and those in the attached Memorandum of Law, the Court is moved to order the petitioner's immediate release.

COUNSEL FOR PLAINTFF,

/s/ Glenn Formica, Esq. ct21053

_____

Glenn L. Formica, Pro Hac Vice
Formica PC
195 Church Street, 11th Floor
New Haven, Connecticut 06510
Telephone: (203) 787-1946

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Glenn L. Formica

_____

Glenn L. Formica, Esq.